IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JAMES COONEY,

    Plaintiff,

VS.                                      Civil No. 96-2281-G

DANEK MEDICAL, INC., et al

    Defendant.

---

### ORDER OF DISMISSAL

---

The Court has been advised that this case has settled. Accordingly, it is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

**ENTERED** this the 31st day of January, 2000.

                                                      *Julia Smith Gibbons*
                                                      JULIA SMITH GIBBONS
                                                      U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 2/1/00